Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Summons

```
                                                                FILED
                                                             Jun 02 2020
                                                          CLERK U.S. DISTRICT COURT
                                                            DISTRICT OF ARIZONA
```

| | | |
|---|---|---|
| Name of Offender: | **Tony Brown** | Case No.: **CR-20-50031-001-PHX-DJH** |
| Name of Judicial Officer: | **The Honorable Diane J. Humetewa**<br>**United States District Judge** | **T-SEALED** |
| Date of Original Sentence: | **12/21/2016** | |
| Original Offense: | **Count 1: Conspiracy to Conduct Enterprise Affairs Through A Pattern of Racketeering Activity, 18 U.S.C. §§ 1962(d), 1963, 1594(d), and 2428(a), a Class C Felony**<br><br>**Count 2: Transportation of a Minor to Engage in Criminal Activity, 18 U.S.C. §§ 2423(a), and 2, a Class C Felony**<br><br>**Counts 3, 4, and 5: Sex Trafficking of Children or by Force, Fraud or Coercion, 18 U.S.C. §§ 1591(a) and 2, Class C Felonies** | |
| Original Sentence: | **Counts 1-5: 66 months Bureau of Prisons, concurrent; Counts 1-5: 36 months supervised release, concurrent** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **9/5/2018**<br>Date Supervision Expires: **9/4/2021** |
| Assistant U.S. Attorney: | **Jacqueline Nan Schesnol**<br>**602-514-7689** | Defense Attorney: **To Be Assigned** |

Petitioning the Court to issue a Summons.

The probation officer alleges Tony Brown has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime. |

    1. On or about May 8, 2020, Tony Brown committed the offense of Driving or

Page 2
RE: Tony Brown
Petition to Revoke
May 27, 2020

        Actual Physical Control While Under the Influence of a Drug, in violation of A.R.S. § 28-1381A3, a Class 1 Misdemeanor. Evidenced by Chandler Police Departmental Report DR 20-49779 and probation officer testimony. Grade C violation. §7B1.1(a)(3)

  2. On or about May 8, 2020, Tony Brown committed the offense of Driving or Actual Physical Control While Under the Influence To the Slightest Degree, in violation of A.R.S. § 28-1381A1, a Class 1 Misdemeanor. Evidenced by Chandler Police Departmental Report DR 20-49779 and probation officer testimony. Grade C violation. §7B1.1(a)(3)

B    **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

On or about July 24, 2019; August 28, 2019; December 18, 2019; February 4, 2020; February 21, 2020; and March 11, 2020, Tony Brown unlawfully used a controlled substance, to wit: marijuana. Evidenced by positive drug test results and probation officer testimony. Grade C violation. §7B1.1(a)(3)  Revocation is mandatory, 18 U.S.C. 3583(g).

C    **Special Condition #1** which states, Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

  1. On or about July 12, 2019, Tony Brown failed to report all vehicles owned or operated by him as he purchased a 2018 Buick Regal and did not report the vehicle to the probation officer. Evidenced by probation officer testimony. Grade C violation §7B1.1(a)(3).

  2. On or about September 24, 2020, Tony Brown failed to report all vehicles owned or operated by him as he was driving a 2018 Chrysler and did not report the vehicle to the probation officer. Evidenced by probation officer testimony. Grade C violation §7B1.1(a)(3).

D    **Special Condition #9** which states, Not associate with known prostitutes or pimps and/or loiter in areas frequented by those engaged in prostitution.

  1. On or about September 2, 2019, Brown contacted phone number 812-558-1337 via text message. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

  2. On or about September 14, 2019, Brown contacted phone number 786-588-3262 via text message. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer

testimony. Grade C violation §7B1.1(a)(3).

3. On multiple dates beginning in October 2019 through December 2019, Brown contacted phone number 602-554-3766 via text messages and phone calls. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

4. On October 7, 2019, Brown contacted phone number 480-645-9291 via text message. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

5. On October 15, 2019 and October 20, 2020, Brown contacted phone number 720-996-8626 via text messages and phone calls. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

6. On multiple dates beginning in October 2019 through April 2020, Brown contacted phone number 909-659-3489 via text messages and phone calls. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

7. On multiple dates in January 2020, Brown contacted phone number 480-280-7096 via text message and phone calls. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

8. On January 3, 2020, Brown contacted phone number 272-219-5055 via text messages. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

9. On January 23, 2020, Brown contacted phone number 480-578-8832 via text message. This number is associated with an escort ad on website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

10. On multiple dates in January 2020 and February 2020, Brown contacted Mariah West via phone number 480-501-1743. There are multiple text messages and phone calls. This number is associated with an escort ad on a website known for prostitution. Additionally, West was arrested on April 29, 2020, in Phoenix, Arizona, for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

11. On multiple dates beginning in January 2020 through March 2020, Brown

          contacted phone number 480-562-0883 via text messages and phone calls. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

12. On April 28, 2020, and May 2, 2020, Brown contacted phone number 909-506-7283 via text message and phone call. This number is associated with an escort ad on a website known for prostitution. Evidenced by monitoring software and probation officer testimony. Grade C violation §7B1.1(a)(3).

E    **Special Condition #10** which states, Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

1. On or about January 28, 2020, the probation officer instructed Tony Brown verbally and in writing to participate in substance abuse treatment at Mountain Valley Counseling. On or about April 16, 2020; April 23, 2020; May 7, 2020; May 14, 2020, and May 21, 2020, Brown failed to participate in treatment as he failed to show up/call in for the scheduled treatment sessions. Evidenced by probation officer testimony and documentation from Mountain Valley Counseling. Grade C violation §7B1.1(a)(3).

2. On or about January 28, 2020, the probation officer instructed Tony Brown verbally and in writing to submit to drug testing at Behavioral Systems Southwest on his assigned color. On or about February 20, 2020; March 10, 2020; March 19, 2020, and May 20, 2020, Brown failed to test on his assigned color as instructed.

**U.S. Probation Officer Recommendation and Justification**

Tony Brown has violated the trust of the Court. A summons is recommended.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

*[Signature]*                                          5/27/2020

Crystal L. Giovetti                                 Date
Senior U.S. Probation Officer
Office: 602-682-4306
Cell: 602-501-7801

Page 5
RE: Tony Brown
Petition to Revoke
May 27, 2020

_____    5/28/2020
Heather A. Hauptly                 Date
Supervisory U.S. Probation Officer
Office: 602-322-7410
Cell: 602-361-0788

The Court Orders

☐   No Action
☐   The Issuance of a Warrant
☒   The Issuance of a Summons
☐   Other

_____    6/2/2020
The Honorable Diane J. Humetewa    Date
United States District Judge